**THE URBAN LAW FIRM**
MICHAEL A. URBAN, Nevada State Bar No. 3875
SEAN W. MCDONALD, Nevada State Bar No. 12817
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
Telephone: (702) 968-8087
Facsimile: (702) 968-8088
Electronic Mail: murban@theurbanlawfirm.com,
smcdonald@theurbanlawfirm.com

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EMPLOYEE PAINTERS' TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER PAZ, an individual,<br><br>Defendant. | CASE NO.: 2:13-cv-00738-JCM-PAL<br><br>AMENDED<br><br>ORDER FOR EXAMINATION OF MARIA LINDA ERIKA LOPEZ-MARQUEZ SPOUSE OF JUDGMENT DEBTOR CHRISTOPHER PAZ, AN INDIVIDUAL |

Having considered Plaintiff's Application for Examination of Maria Linda Erika Lopez-Marquez, Spouse of Judgment Debtor Christopher Paz, an individual, and the Declaration of Sean W. McDonald and good cause appearing,

**IT IS HEREBY ORDERED** that Maria Linda Erika Lopez-Marquez, Spouse of Defendant/Judgment Debtor Christopher Paz, appear in Courtroom __3B__ at the United States District Courthouse for the District of Nevada, located at 333 Las Vegas Blvd. South, Las Vegas, Nevada 89101, on the __16th__ day of __July__, 2013, at __9:45 a.m.__ to be sworn in for a Judgment Debtor Examination.

/ / /

/ / /

1

**IT IS FURTHER ORDERED** that Maria Linda Erika Lopez-Marquez, Spouse of Defendant/Judgment Debtor Christopher Paz, appear at 4270 S. Decatur Blvd., Suite A-9, Las Vegas, Nevada, on the 16th day of July, 2013, at 10:45 a.m. and answer concerning her knowledge of property subject to the ownership and control of Christopher Paz or Maria Linda Erika Lopez-Marquez, Spouse of Defendant/Judgment Debtor Christopher Paz,

**IT IS FURTHER ORDERED** that the Plaintiffs will serve Maria Linda Erika Lopez-Marquez, Spouse of Defendant/Judgment Debtor Christopher Paz, at her personal residence located at 3723 Winter Whitetail Street, Las Vegas, NV 89122.

**IT IS FURTHER ORDERED** that Maria Linda Erika Lopez-Marquez, Spouse of Defendant/Judgment Debtor Christopher Paz (hereinafter "Mr. Paz"), bring with her the following documents under her control or under the control of her agents, attorneys or accountants:

1. All financial statements prepared by or on behalf of Mr. Paz from January 1, 2008, to the present.

2. All original monthly bank statements of Mr. Paz from January 1, 2008, to the present.

3. All original savings account pass books, certificates of deposit, and trust certificates in the name of Mr. Paz from January 1, 2008, to the present.

4. All original negotiable instruments and negotiable securities in the name of Mr. Paz from January 1, 2008, to the present.

5. All evidence or other memoranda of any ownership interest of Mr. Paz in any other corporation, partnership, unincorporated association or any business organized or conducted for the production of income from January 1, 2008, to the present.

6. All evidence or other memoranda of any income received by Mr. Paz from January 1, 2008, to the present, to include but not limited to tax returns, insurance proceeds, or repayment of loans.

7. All evidence or other memoranda of any employer, or place of work or employment of Mr. Paz from January 1, 2008, to the present, including but not limited to contracts, invoices, billings, vouchers or payments.

/ / /

8. All evidence of any ownership interest of Mr. Paz to include but not limited to, bills of sale, pink slips or any other record or title, in any motor vehicle, airplane, boat, equipment or machinery, from January 1, 2008, to the present.

9. All evidence of any debts or repayments owed by Mr. Paz, to include but not limited to, those arising from loans or judgments from January 1, 2008, to the present.

10. Any and all evidence or other memoranda indicating that Mr. Paz were either a plaintiff or a defendant in any lawsuit from January 1, 2008, to the present.

11. Any and all evidence or memoranda indicating that Mr. Paz received any judgment, award, bequest or devise in any lawsuit or other court action from January 1, 2008, to the present.

12. Any and all evidence or memoranda indicating any ownership interest of Mr. Paz in any patent, invention, trade name, or copyright.

13. Any and all evidence or memoranda indicating an ownership interest of Mr. Paz in any real property or developments on real property.

14. Any and all evidence of the sale(s) of any real or personal property of Mr. Paz from January 1, 2008, to the present.

15. Any and all loan applications filled out by Mr. Paz since January 1, 2008.

16. Copies of all documents evidencing the sale or transfer of any assets of Mr. Paz from January 1, 2008, to the present.

17. Any and all documents evidencing any federal or State tax liability of Cosmopolitan.

18. Original cash disbursement journals and/or check registers maintained in connection with any business of Mr. Paz from January 1, 2008, to the present.

19. Federal income tax returns of Mr. Paz for the year 2008 to the present.

20. All canceled checks drawn on any account established in the name of Mr. Paz from January 1, 2008, to the present.

**IT IS FURTHER ORDERED** that counsel for the Judgment Creditor shall serve a copy of this Order on the deponent, Maria Linda Erika Lopez-Marquez. Counsel shall also file proof of service of this Order on the deponent prior to the July 16, 2013, hearing.

1 **NOTICE TO JUDGMENT DEBTOR**

2   IF YOU FAIL TO APPEAR AT THE TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST AND PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY MAKE AN ORDER REQUIRING YOU TO PAY REASONABLE ATTORNEY'S FEES INCURRED BY THE JUDGMENT CREDITORS IN THIS PROCEEDING.

Dated this 17th of June, 2013.

By: _____
UNITED STATES MAGISTRATE JUDGE

Submitted By:

THE URBAN LAW FIRM

_____
MICHAEL A. URBAN, Nevada State Bar No. 3875
SEAN W. MCDONALD, Nevada State Bar No. 12817
4270 S. Decatur Blvd. Suite A-9
Las Vegas, NV  89103
(702) 968-8087
*Counsel for Plaintiff*

4