THE URBAN LAW FIRM
MICHAEL A. URBAN, Nevada State Bar No. 3875
SEAN W. MCDONALD, Nevada State Bar No. 12817
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
Telephone: (702) 968-8087
Facsimile: (702) 968-8088
Electronic Mail: murban@theurbanlawfirm.com,
smcdonald@theurbanlawfirm.com

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EMPLOYEE PAINTERS' TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER PAZ, an individual,<br><br>Defendant. | CASE NO.: 2:13-CV-738-JCM-PAL<br><br>NOTICE TO VACATE EXAMINATION OF MARIA LINDA ERIKA LOPEZ-MARQUEZ SPOUSE OF JUDGMENT DEBTOR CHRISTOPHER PAZ, AN INDIVIDUAL |

**NOTICE IS HEREBY GIVEN THAT** Plaintiff, Employee Painters' Trust, by and through their attorney of record Sean W. McDonald, vacates the examination of Maria Linda Erika Lopez-Marquez, Spouse of Judgment Debtor Christopher Paz, scheduled for July 16th, 2013 at 9:45 a.m. in Courtroom 3B at the United States District Courthouse for the District of Nevada.

DATED: July 15, 2013

THE URBAN LAW FIRM

/s/ Sean W. McDonald
MICHAEL A. URBAN, Nevada State Bar No. 3875
SEAN W. MCDONALD, Nevada State Bar No. 12817
4270 S. Decatur Blvd. Suite A-9
Las Vegas, NV 89103
(702) 968-8087
*Counsel for Plaintiff*

IT IS SO ORDERED this 15th day of July, 2013.

Peggy A. Leen
United States Magistrate Judge

1